Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 FEB 14 PM 3: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

EDWARD M. STEFAN

vs

CAMPOS ROOFING COMPANY,
INC., MONICA M. CAMPOS,
ANGELIQUE C. CAMPOS and
DOES 1 THROUGH 10

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 0295 JM LSP

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

DUANE H. SCEPER, ESQ.  CSB 104004
P.O. Box 1551
Hayfork, CA 96041
(619) 232-8917

    An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
        by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 2/14/08 |
|---|---|
| CLERK | DATE |

By  C. PUTMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)