```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
```

STEFAN                         v. CAMPOS ROOFING              No. 08-0295-JM(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK       Rptr.
                              Attorneys
      Plaintiffs                                        Defendants


Case settled.  Plaintiff's/Defendant's counsel to submit papers within ___21___ days.

A Settlement Disposition Conference will be held in this case on April 16, 2008 at 4:00 p.m., in the chambers of Magistrate Papas unless a signed stipulation for dismissal of this case is filed and a copy of the signed stipulation is provided to the chambers of Magistrate Judge Papas, prior to that time.  If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor.  Monetary sanctions shall be imposed for failure to comply with this order.

The ENE set for April 17, 2008 at 2:00 p.m. is vacated.


DATED:  March 24, 2008

                                        _____
                                        Hon. Leo S. Papas
                                        U.S. Magistrate Judge