1  Duane H. Sceper (CSB # 104004)
   Attorney at Law
2  P.O. Box 1551
   Hayfork, California 96041
3  Telephone:   (619) 232-8917

4  Attorney for Plaintiff Edward M. Stefan

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11  EDWARD M. STEFAN,                     )  CASE NO.: 08 CV 0295 JM (LSP)
                                          )
12                                        )
            Plaintiff,                    )
13                                        )
                                          )  **JOINT MOTION TO DISMISS WITH**
14                                        )  **PREJUDICE**
            v.                            )
15                                        )
                                          )
16  CAMPOS ROOFING COMPANY, INC.,         )
    MONICA M. CAMPOS, ANGELIQUE C.        )
17  CAMPOS and DOES 1 THROUGH 10          )
                                          )
18          Defendants.                   )
                                          )
19                                        )
                                          )
20  ─────────────────────────────────    )

21        IT IS HEREBY STIPULATED by and between Plaintiff EDWARD M. STEFAN, on the one hand,

22  and Defendants CAMPOS ROOFING COMPANY, INC., MONICA M. CAMPOS and ANGELIQUE C.

23  CAMPOS on the other hand, through their respective attorneys of record that, by way of this joint motion

24  to dismiss, pursuant Federal Rule of Civil Procedure 41(a), this Court enter a dismissal with prejudice of

25  ALL DEFENDANTS from Plaintiff's Complaint, and the Complaint itself, filed as Case Number **08 CV**

26  **0295 JM (LSP).**

27        For valuable consideration received, and the parties having settled the within action, the Plaintiff

28  herein fully and forever releases and discharges ALL DEFENDANTS from any and all actions, causes of

**JOINT MOTION TO DISMISS WITH PREJUDICE**          **08 CV 0295**

1  action, claims, demands, attorney fees, costs, expenses, and compensation by reason of any damages,

2  general or special, or injury or injuries sustained by him on account of, or in any way arising from, the

3  incident alleged in the Complaint in this action.

4  **IT IS SO STIPULATED:**

5

6  Dated: <u>March 27, 2008</u>

    By: <u>/s/DUANE H. SCEPER</u>
    DUANE H. SCEPER, ESQ.,
7   Attorney for Plaintiff
    EDWARD M. STEFAN
8   E-mail: dhs@thelegalway.com

9

10                                    ADKINS & HOLTHAUS

11
    Dated: <u>March 27, 2008</u>
                                      By: <u>/s/MICHAEL R. ADKINS</u>
12                                    MICHAEL R. ADKINS, ESQ.,
                                      Attorneys for Defendants
13                                    CAMPOS ROOFING COMPANY, INC.,
                                      MONICA M. CAMPOS and
14                                    ANGELIQUE C. CAMPOS
                                      E-mail: mra@adnc.com
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT MOTION TO DISMISS WITH PREJUDICE**          **08 CV 0295**