**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>STEFAN</u>                         v. <u>CAMPOS ROOFING</u>                 No. <u>08-0295-JM(LSP)</u>

<u>HON. LEO S. PAPAS</u>     <u>CT. DEPUTY J. JARABEK</u>        <u>Rptr.</u>
                                       <u>Attorneys</u>
        <u>Plaintiffs</u>                                             <u>Defendants</u>

The Settlement Disposition Conference set for <u>April 16, 2008</u> at <u>4:00 p.m.</u> is vacated.  Dismissal received.

DATED:  March 27, 2008

                                                    _____
                                                    Hon. Leo S. Papas
                                                    U.S. Magistrate Judge