# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| EDWARD M. STEFAN, | CASE NO. 08 CV 0295 JM (LSP) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| CAMPOS ROOFING COMPANY, INC., et al., | |
| Defendants. | |

Presently before the court is the parties' Joint Motion to Dismiss With Prejudice. Upon good cause appearing and agreement of the parties, the court hereby **GRANTS** the parties' joint motion. All Defendants are **DISMISSED** from this matter with prejudice and the complaint is **DISMISSED** with prejudice in its entirety. The Clerk of the Court is ordered to terminate this case and close the file. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

**DATED: March 28, 2008**

_____
**Hon. Jeffrey T. Miller
United States District Judge**